IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff,*

    vs.                                                                                      Civil No.  10-1099 KBM/WDS

2004 CADILLAC SEDAN
VIN:1G6DM577040110657,

    *Defendant,*
and

EDWARD CHAVEZ,

    *Claimant.*

## DEFAULT JUDGMENT

This matter having come before the court on the United States' Motion for Default Judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, the Court having reviewed the motion and other material matters on file and being fully advised in the premises, FINDS:

    1.    The statements contained in the Complaint for Forfeiture of Property, Praecipe, Clerk's Certificate of Default, and Motion for Default Judgment are true.

    2.    This Court has jurisdiction over the parties to and the subject matter of this action and power to enter this Default Judgment.

It is therefore ORDERED that all right, title and interest in the Defendant Vehicle is forfeited to the United States and title thereto is vested in the United States.

                                                                                CHIEF UNITED STATES MAGISTRATE JUDGE

Submitted by:
  *Electronically submitted 6/23/11*
STEPHEN R. KOTZ
CYNTHIA L. WEISMAN
Assistant U.S. Attorneys